# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3476

_____

Salvador Rodriguez-Ramos,        *
                                           *

          Petitioner,            *

                                           *  Petition for Review of
     v.                              *  an Order of the Board
                                         *  of Immigration Appeals.

Eric H. Holder, Jr., Attorney General   *
of the United States,              *  [UNPUBLISHED]
                                         *

          Respondent.          *

_____

Submitted: June 11, 2010
Filed: June 16, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Salvador Rodriguez-Ramos petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's (IJ's) denial of his application for cancellation of removal. Rodriguez-Ramos challenges the IJ's determination that he abandoned his application by failing to update his fingerprints, and that he did not demonstrate good cause to excuse his failure. After careful review, see Arellano-Hernandez v. Holder, 564 F.3d 906, 910 (8th Cir. 2009); Dedji v. Mukasey, 525 F.3d 187, 191-92 (2d Cir. 2008), we conclude his challenge lacks merit, see 8 C.F.R. § 1003.47(c)-(d). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____